# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:07CR00307-001 SWW

DAX RAMON PHILLIPS
(USM #24695-009)

## ORDER

On May 8, 2007, this Court entered an order directing that once the psychiatric or psychological examination of defendant was completed at FMC Butner, defendant was to remain at such facility and not be moved until further order of the Court. The exam has been completed and the Court has received the psychiatric report. Counsel are in agreement that defendant should be returned to this district.

IT IS THEREFORE ORDERED that defendant shall be transported immediately by the United States Marshal from the FMC Butner facility to the Eastern District of Arkansas for a commitment hearing which is scheduled for *10:00 A.M. on Friday, July 25, 2008*, before Judge Susan Webber Wright.

The Court cautions the United States Marshal that defendant must take his medicine as prescribed.

DATED this 16th day of July, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE