```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISON
```

UNITED STATES OF AMERICA

vs.                      NO: 4:07CR00307-001 SWW

DAX RAMON PHILLIPS

<u>JUDGMENT</u>

This action came on for trial on March 17, 2008, before the Court, the Honorable Susan Webber Wright, United States District Judge, presiding. At the conclusion of the evidence, followed by the government's post-trial brief, the Court found defendant Not Guilty only by reason of insanity.

IT IS THEREFORE ORDERED AND ADJUDGED that defendant is found Not Guilty only by reason of insanity of the charges set forth in Count 1 of the indictment in this matter.

DATED this 26th day of August, 2008.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE