

# MEMORANDUM

**United States Probation Office**
**Eastern District of Arkansas**

| | |
|---|---|
| **To:** | Honorable Susan Webber Wright<br>United States District Judge |
| **From:** | Brent J. Young **BJY**<br>U.S. Probation Officer |
| **Re:** | Dax Ramon Phillips<br>4:07CR00307-001 SWW |
| **Date:** | October 6, 2009 |

On October 3, 2007, Mr. Phillips was indicted for attempted bank robbery, as defined in 18 U.S.C. § 2113(a). On August 26, 2008, Mr. Phillips was found not guilty only by reason of insanity. He was released from incarceration as a conditional release case and ordered to comply with the following conditions: reside with his mother; continue taking his psychotropic medication as prescribed; report to the United States Probation Office on a regular basis as directed; submit to random drug testing; participate if directed in a substance abuse treatment program; abstain from the use of any alcohol throughout the term of his conditional release; participate in periodic psychological, medical or psychiatric care; maintain employment; and obey all federal and state laws.

Based on Mr. Phillips' mental health diagnosis (Schizophrenia, Paranoid Type), he is attempting to get disability benefits through the Social Security Administration. He has requested a copy of the forensic evaluation which was conducted at the Federal Medical Center in Butner, North Carolina, so he can utilize the report as evidence during his disability hearing. Before our office can release the evaluation, we need the Court's approval.

Approved: _Alan Schoemel_____
Supervising U.S. Probation Officer

Approved: _[signature]_____   Date: _October 8, 2009_
United States District Judge

Denied: _____   Date: _____
United States District Judge

c: Assistant U.S. Attorney, Linda Lipe, P.O. Box 1229, Little Rock, AR 72203