IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:07-cr-00307-SWW |
| | * | |
| | * | |
| DAX RAMON PHILLIPS, | * | |
| | * | |
| Defendant. | * | |

ORDER

Before the Court is a *pro se* motion by defendant Dax Ramon Phillips for early termination of supervised release [doc.#39]. Finding that a response would be helpful, the Court directs the government to file a response to defendant's motion within twenty (20) days of the date of entry of this Order.

IT IS SO ORDERED this 7th day of June 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE