# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                             4:07CR00307-001 SWW

DAX RAMON PHILLIPS                                                    DEFENDANT

### ORDER

The above entitled cause came on for hearing June 4, 2015 on the motion to revoke defendant's conditional discharge pursuant to 18 U.S.C. Section 4246(f). The Court found that defendant has failed to comply with the prescribed regimen of medical and psychiatric treatment as ordered by the Court.  After the testimony of the witnesses and evidence received, the Court determined and that the conditions of defendant's release should be modified and that this matter should be continued for a period of 90 days.

IT IS THEREFORE ORDERED that defendant's conditions are modified as follows:

1) The Defendant shall submit to injectable medications, if possible, or continue on the prescribed oral medications, as prescribed by the psychiatrist.

2) The Defendant shall reside with his mother and have no contact with his girlfriend, Ms. Nicole Rogers.

3) The Defendant shall report to his psychiatrist at least once a month.

4) The Defendant shall consult with a mental health therapist once a month.

5) The Court advises the defendant to schedule his appointments with the psychiatrist and the mental health therapist after 3:00 p.m. so that Defendant' mother may accompany him to the appointments.

6) The Defendant shall give written consent to his health care providers to inform the U.S. Probation Office of the results of any and all drug tests performed by the health care providers.

7)  The Defendant shall not use or possess illicit drugs and shall not consume any alcohol.

8) The Defendant is to continue paying down the balance he owes the mental health clinic. The United States Probation Office will cover the costs of appointments with the mental health providers. The Court anticipates that Defendant's psychiatrist will furnish Defendant with samples of medications at no cost to Defendant.

All other conditions of defendant's conditional release previously imposed shall continue and remain in full force and effect.

Defendant is reminded that if he violates the conditions of his supervised release prior to the end of the 90-day period, a revocation hearing will be scheduled immediately.

The revocation hearing is scheduled **WEDNESDAY, SEPTEMBER 9, 2015 AT 10:00 A.M.** in Courtroom #389. Defendant is to report to the U. S. Probation Office 1 hour prior to hearing.

IT IS SO ORDERED this 5th day of June 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE