## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 4:07CR00307-001  SWW

DAX RAMON PHILLIPS                                          DEFENDANT
(Other Custody)

## ORDER

Before the Court is the  defendant's motion to continue the revocation hearing previously scheduled September 9, 2015.  The government has no objection.   The Court finds that the motion [doc #65] should be and hereby is *granted*.

IT IS  THEREFORE  ORDERED that the hearing on the government's motion to revoke defendant's conditional release is rescheduled on *THURSDAY, NOVEMBER 19, 2015 AT 1:30 P.M. IN COURTROOM #389*.

The government is directed to file a petition for issuance of a writ for defendant's appearance at the hearing.

DATED  this 25th day of August 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE