# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                       4:07CR00307-001 SWW

DAX RAMON PHILLIPS                                                          DEFENDANT

### ORDER

The U. S. Marshal has advised the Court that the defendant, Dax Ramon Phillips, is in custody on the warrant issued July 29, 2015. The parties have requested an earlier date for the hearing on the government's motion to revoke previously scheduled April 13, 2016.

The hearing on the government's motion to revoke defendant's conditional release [doc #63] is rescheduled for **THURSDAY, JANUARY 21, 2016 AT 10:00 A.M.** in Courtroom #389.

IT IS SO ORDERED this 19th day of January 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE