# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.                                      4:07CR00307-001 SWW

DAX RAMON PHILLIPS                                                                       DEFENDANT

## ORDER

The above entitled cause came on for hearing January 21, 2016 on the government's motion to revoke defendant's conditional discharge pursuant to 18 U.S.C. Section 4246(f). The Court denied the government's motion to revoke defendant's conditional release [doc #63] and determined and that the conditions of defendant's conditional release should be reinstated.

IT IS THEREFORE ORDERED that defendant's conditions are reinstated as follows:

1) The Defendant shall submit to injectable medications, if possible, or continue on the prescribed oral medications, as prescribed by the psychiatrist.

2) The Defendant shall reside with his mother and have no contact with his girlfriend, Ms. Nicole Rogers.

3) The Defendant shall report to his psychiatrist at least once a month.

4) The Defendant shall consult with a mental health therapist once a month.

5) The Court advises the defendant to schedule his appointments with the psychiatrist and the mental health therapist after 3:00 p.m. so that Defendant' mother may accompany him to the appointments.

6) The Defendant shall give written consent to his health care providers to inform the U.S. Probation Office of the results of any and all drug tests performed by the health care providers.

7) The Defendant shall not use or possess illicit drugs and shall not consume any alcohol.

8) The Defendant is to continue paying down the balance he owes the mental health clinic. The United States Probation Office will cover the costs of appointments with the mental health providers. The Court anticipates that Defendant's psychiatrist will furnish Defendant with samples of medications at no cost to Defendant.

All other conditions of defendant's conditional release previously imposed shall continue and remain in full force and effect.

    IT IS SO ORDERED this 21st day of January 2016.

                                            /s/Susan Webber Wright
                                            UNITED STATES DISTRICT JUDGE